AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Eneyda PRESAS-Silva<br>Mexico / 1983<br>*Defendant(s)* | Case No. 7:25-mj-2528 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 2, 2025** in the county of **Hidalgo** in the **Southern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1546(a) | Fraud and misuse of visas |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Approved by AUSA Patricia Profit

/s/ Mirna Garcia
*Complainant's signature*

Mirna Garcia, SA - Homeland Security Investigations
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per FED.R.CR.4.1, and probable cause found on:

Date: 10/3/2 @8:04

City and state: McAllen, Texas

*Judge's signature*

Juan F. Alanis, United States Magistrate Judge
*Printed name and title*

# ATTACHMENT A

I, Mirna Garcia am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts.

The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On October 2, 2025, HSI in McAllen, Texas executed a search warrant at Cardenas General Merchandise LLC, a business located in McAllen, Texas. During the operation, HSI McAllen Special Agents (SA's) encountered Pedro QUINTERO-Cardenas, a Lawful Permanent Resident (LPR), along with twelve (12) visa holders, and (11) undocumented individuals, including Eneyda PRESAS-Silva.

2. On October 2, 2025, HSI SA's conducted an interview with Pedro QUINTERO-Cardenas. HSI SA's read QUINTERO-Cardenas his Miranda rights. QUINTERO-Cardenas stated he understood his rights and voluntarily waived them orally and in writing.

3. QUINTERO-Cardenas made the following non-verbatim statements that have been paraphrased and may not be in the order in which he gave them:
    a. QUINTERO-Cardenas stated that he was the owner and manager of Cardenas General Merchandise and stated he was responsible for the hiring of employees.
    b. He admitted to knowingly hiring visa holders and undocumented individuals without verifying their immigration status, despite being aware of the legal requirement to do so.
    c. He stated he pays his employees in cash and does not withhold taxes from their paychecks.
    d. He further admitted to providing incentives to employees, such as hosting parties, giving gifts and providing food.
    e. QUINTERO-Cardenas identified all the onsite unathorized employees working at Cardenas General Merchandise, and confirmed B1/B2 visa holder Eneyda PRESAS-Silva's employment.

4. Additionally, another witness interviewed during the operation confirmed B1/B2 visa holder Eneyda PRESAS-Silva's employment.